1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6
7

8  BASRA D. MOHAMED,

9             Plaintiff,

10      v.

11  FULL LIFE CARE, et al.,

12             Defendants.

Case No. C22-1010-LK

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS

13

14      Because Plaintiff does not appear to have funds available to afford the $402.00 filing fee,

15  Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C.

16  § 1915(a)(1).  Therefore, Plaintiff's IFP application, Dkt. 4, is GRANTED.  The Clerk is directed

17  to send a copy of this Order to Plaintiff and to the assigned District Judge.

18      Dated this 15th day of August, 2022.

                                          *[signature]*

                                          S. KATE VAUGHAN
                                          United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1