THE HONORABLE KYMBERLY K. EVANSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BASRA D. MOHAMED,<br><br>               Plaintiff,<br><br>    v.<br><br>FULL LIFE CARE et al.,<br><br>               Defendants. | No. 2:22-CV-01010-KKE<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR CONTINUANCE OF TRIAL DATE AND REMAINING DEADLINES |

This matter came before the Court on Defendants' Motion for Continuance of Trial Date and Remaining Deadlines. Having considered the pleadings and the balance of the docket, the Court is fully advised.

The Court finds that good cause exists to grant Defendants' Motion for Continuance. In light of the outstanding discovery issues described in Defendants' motion, including the possibility of further requests to file amended pleadings, the Court agrees with Defendants that the current case schedule is no longer feasible. Defendants also represent that granting the motion will give the parties the opportunity to engage in substantive settlement discussions. Continuance of the trial date and remaining deadlines in this case is therefore appropriate under the circumstances.

Based on the foregoing, IT IS HEREBY ORDERED as follows:

- Defendants' Motion for Continuance of Trial Date and Remaining Deadlines is GRANTED.

ORDER GRANTING DEFENDANTS' MOTION FOR CONTINUANCE - 1
(Case No. 2:22-CV-01010 KKE)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

- The trial date and all remaining deadlines in this case are continued as follows:

| Event | Previous Date | Continued Date |
|---|---|---|
| JURY TRIAL SET FOR 9:00 a.m. on | **5/6/2024** | **11/18/2024 at 9:30 am** |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 11/9/2023 | 4/22/2024 |
| All motions related to discovery must be filed by | 11/8/2023 | 5/22/2024 |
| Discovery completed by | 12/8/2023 | 6/21/2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)).  Such motions must be noted for consideration no later than the fourth Friday thereafter (*see* LCR 7(d)). | 1/8/2024 | 7/22/2024 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 2/6/2024 | 9/19/2024 |
| Mediation per LCR 39.1, if requested by the parties, held no later than | 3/7/2024 | 10/17/2024 |
| All motions in limine must be filed by | 4/1/2024 | 10/15/2024 |
| Agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | 4/15/2024 | 10/28/2024 |
| Trial briefs, preliminary proposed findings of fact and conclusions of law, depositions due by this date | 4/22/2024 | 11/4/2024 |
| Pretrial conference scheduled at 10:00 a.m. on | 4/26/2024 | 11/8/2024 |

DATED this 6th day of November, 2023.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING DEFENDANTS' MOTION FOR CONTINUANCE - 2
(Case No. 2:22-CV-01010 KKE)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

1  PRESENTED BY:

2  JACKSON LEWIS P.C.

3

4  *s/ Sherry L. Talton*
   Sherry L. Talton, WSBA #42780
5  Email: Sherry.Talton@jacksonlewis.com
   Tel.: (206) 626-6409
6  Peter V. Montine, WSBA #49815
   Email: Peter.Montine@jacksonlewis.com
7  Tel.: (206) 626-6414
   520 Pike Street, Suite 2300
8  Seattle, WA 98101

9  Counsel for Defendants

10  4862-4840-9738

ORDER GRANTING DEFENDANTS' MOTION FOR
CONTINUANCE - 3
(Case No. 2:22-CV-01010 KKE)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404