THE HONORABLE KYMBERLY K. EVANSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BASRA D. MOHAMED,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>FULL LIFE CARE, et al.,<br><br>　　　　　　　Defendants. | No. 2:22-CV-01010-KKE<br><br>ORDER GRANTING DEFENDANTS' MOTION TO APPOINT SETTLEMENT JUDGE |

This matter comes before the Court on Defendants' motion to appoint a settlement judge. Dkt. No. 95. The Court GRANTS that motion and hereby appoints United States Magistrate Judge Grady J. Leupold as the settlement judge who will conduct a judicial settlement conference between the parties in such manner as Judge Leupold may deem appropriate.

Judge Leupold's courtroom deputy or other representative will contact the parties regarding scheduling the judicial settlement conference. Judge Leupold's representative will also inform the parties of Judge Leupold's preferences for the judicial settlement conference, including whether

ORDER - 1

the conference will take place in person or remotely, whether the parties should submit pre-conference materials, and other details for the conference.

DATED this 16th day of May, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge