UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BASRA D. MOHAMED,<br><br>                Plaintiff(s),<br><br>  v.<br><br>FULL LIFE CARE, et al.,<br><br>                Defendant(s). | CASE NO. C22-1010-KKE<br><br>ORDER ON DISCOVERY HEARING |

The Court held a discovery hearing on July 11, 2024, to discuss a dispute related to Defendants' unsuccessful attempt to depose Plaintiff Basra Mohamed. *See* Dkt. No. 101. For the reasons explained on the record, the Court resolves the parties' dispute as follows:

(1) Mohamed is compelled to appear for a deposition, to be held remotely at her request, despite the expiration of the discovery period.

(2) The Court defers deciding at this time whether to impose sanctions against Mohamed for her failure to appear for her deposition on June 20, but the Court will revisit this issue if Mohamed fails to appear for a deposition again.

(3) The Court grants Mohamed's unopposed oral request for an extension of her deadline to file an opposition to Defendants' motion related to Mohamed's failure to participate in the settlement conference. *See* Dkt. No. 99. Mohamed's opposition is now due July

ORDER ON DISCOVERY HEARING - 1

12, 2024.  The Court reminds the parties of the briefing schedules set out in Local Rules W.D. Wash. LCR 7.

Dated this 11th day of July, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER ON DISCOVERY HEARING - 2