UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BASRA D. MOHAMED,<br><br>               Plaintiff(s),<br>   v.<br><br>FULL LIFE CARE, et al.,<br><br>               Defendant(s). | CASE NO. C22-1010-KKE<br><br>ORDER RE-NOTING MOTION AND SETTING DEADLINE TO RESCHEDULE PLAINTIFF'S DEPOSITION |

On July 15, 2024, Defendants filed a motion for a 30-day extension of the dispositive motions deadline, currently set for July 22, 2024. Dkt. No. 110. Defendants represent that, although they had attempted to contact Plaintiff multiple times, via telephone and email, Plaintiff did not respond to indicate whether she would stipulate to the extension. *Id*. Defendants thus styled the motion as unopposed, although they had not received explicit confirmation from Plaintiff that she did not oppose it. *Id*. Plaintiff subsequently filed a written notice of an intent to oppose the motion, although she does not preview the basis for her opposition in the notice. Dkt. No. 112.

Because it appears that the motion for extension is not unopposed or stipulated, the clerk is directed to RE-NOTE the motion (Dkt. No. 110) for July 29, 2024, as a 14-day motion under Local Rules W.D. Wash. LCR 7(d)(2). In the future, Plaintiff is instructed to respond to

ORDER RE-NOTING MOTION AND SETTING DEADLINE TO RESCHEDULE PLAINTIFF'S DEPOSITION - 1

Defendants' requests as promptly as possible to avoid this type of miscommunication that requires unnecessary Court effort to resolve.

Defendants' motion also references another failure to communicate that troubles the Court: it appears that Plaintiff has not promptly responded to Defendants' attempts to reschedule her deposition, an issue that was discussed in a discovery conference with the Court on July 11, 2024. *See* Dkt. No. 107, Dkt. No. 111-1.  The Court previously instructed the parties to work together to schedule the deposition for as soon as possible, and the Court now imposes a deadline: the parties must reschedule Plaintiff's deposition for no later than July 26, 2024.  If Plaintiff does not appear for a deposition no later than July 26, 2024, the Court will entertain a motion for sanctions and will enter an order to show cause why this case should not be dismissed for failure to prosecute.

Dated this 16th day of July, 2024.

*[signature]*

Kymberly K. Evanson
United States District Judge

ORDER RE-NOTING MOTION AND SETTING DEADLINE TO RESCHEDULE PLAINTIFF'S DEPOSITION - 2