UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BASRA D. MOHAMED,<br><br>    Plaintiff(s),<br>   v.<br><br>FULL LIFE CARE, et al.,<br><br>    Defendant(s). | CASE NO. C22-1010-KKE<br><br>ORDER DIRECTING RESPONSE TO MOTION FOR RECONSIDERATION |

Plaintiff has filed a motion for reconsideration of the Court's prior order (Dkt. No. 113), to the extent it ordered her to appear for a deposition no later than July 26, 2024, or risk imposition of sanctions. Dkt. No. 117. Plaintiff explains that the parties had agreed to schedule her deposition for August 1, 2024, and that she is not available to appear before that date. *Id.*

Defendants are ORDERED to respond to Plaintiff's motion for reconsideration no later than July 25, 2024. *See* Local Rules W.D. Wash. LCR 7(h)(3). The clerk is also directed to RE-NOTE Plaintiff's motion (Dkt. No. 117) for July 25, 2024. Because the motion for reconsideration will be pending until at least that date, the July 26 deposition deadline previously imposed (Dkt. No. 113) is stayed until the Court can resolve the motion for reconsideration.

Dated this 23rd day of July, 2024.

*Kymberly K. Evanson*
———————————————
Kymberly K. Evanson
United States District Judge

ORDER DIRECTING RESPONSE TO MOTION FOR RECONSIDERATION - 1