UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BASRA D. MOHAMED,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>FULL LIFE CARE, et al.,<br><br>　　　　　Defendant(s). | CASE NO. C22-1010-KKE<br><br>ORDER ON MISCELLANEOUS MOTIONS |

The Court previously instructed Plaintiff to appear for a deposition no later than July 26, 2024. Dkt. No. 113. Plaintiff moved for reconsideration of that order, noting that the parties had agreed to schedule her deposition for August 1, 2024. Dkt. No. 117. The Court requested a response from Defendants, which was timely filed. Dkt. No. 124. In light of the parties' agreement, which had not been disclosed to the Court at the time it imposed the deadline, the Court GRANTS Plaintiff's motion for reconsideration (Dkt. No. 117) and instructs Plaintiff to appear for deposition on August 1, 2024, or the Court will entertain a motion for sanctions.

The Court also notes that Defendants filed a motion for extension of the dispositive motions deadline, and have shown good cause to extend this deadline. *See* Dkt. No. 110. Although Plaintiff filed a notice of intent to oppose that motion (Dkt. No. 112), she did not ultimately file an opposition by the date it was due (July 24, 2024), and therefore this motion is unopposed. *See* Local Rules W.D. Wash. LCR 7(d)(2). Notably, Plaintiff did not file a dispositive motion by the

ORDER ON MISCELLANEOUS MOTIONS - 1

current deadline (July 22, 2024), despite indicating that she intends to do so, which suggests that an extension of this deadline would benefit her as well as Defendants. In any event, as Defendants' motion for extension of time is unopposed and they have shown good cause for a modest extension, the Court GRANTS Defendants' motion. Dkt. No. 110. The previous dispositive motions deadline is VACATED and the new deadline to file a dispositive motion is August 21, 2024. Any such motion filed must be noted in accordance with LCR 7(d)(4).

As the Court instructed the parties during the conference held on July 11, 2024, the parties are expected to work together to the extent possible to resolve disputes before requesting Court intervention. Unnecessary motions practice only delays resolution of this case and others on the Court's docket. The Court therefore reiterates its expectation that the parties will endeavor to cooperate and communicate promptly with each other as future issues arise.

Dated this 26th day of July, 2024.

Kymberly K. Evanson
United States District Judge