UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BASRA D. MOHAMED, | CASE NO. C22-1010-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| FULL LIFE CARE, et al., | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The Court has received Plaintiff's emergency motion for a protective order. Dkt. No. 139. The motion does not contain a certification that the parties have met and conferred in good faith in attempt to resolve this issue without court action, as required by the local rules. *See* Local Rules W.D. Wash. LCR 26(c)(1) (explaining that a "good faith effort to confer requires a face-to-face meeting or a telephone conference"). Plaintiff's motion (Dkt. No. 139) is therefore DENIED without prejudice. The dispositive motions deadline is hereby extended until August 22, 2024, to allow the parties sufficient time to meet and confer as to whether any deposition excerpts quoted in a dispositive motion or attached to an accompanying declaration can or should be redacted or filed under seal.

MINUTE ORDER - 1

If the parties make an effort to meet and confer in good faith and cannot agree as to whether or how to redact any deposition excerpts quoted in connection with a forthcoming dispositive motion, Plaintiff may file a motion to seal under Local Civil Rule 5(g) and Defendants may file an unsealed redacted version of the dispositive motion or declaration, along with an unredacted version provisionally filed under seal.  Defendants' documents would then remain under seal until Plaintiff's forthcoming motion to seal is resolved.

Dated this 21st day of August 2024.

<u>Ravi Subramanian</u>
Clerk

<u>/s/ Serge Bodnarchuk</u>
Deputy Clerk

MINUTE ORDER - 2