UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BASRA D. MOHAMED, | CASE NO. C22-1010-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| FULL LIFE CARE, et al., | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The Court has received Plaintiff's statement regarding a discovery dispute, and reviewed the prior iterations and Defendants' objections thereto as well. *See* Dkt. Nos. 134, 135, 136, 137, 138, 141, 142.  It is not clear to the Court that the most recent version of the statement (Dkt. No. 142) is truly a joint statement as represented by Plaintiff, but in any event, it does not appear that further briefing on this matter would be productive for the parties or helpful to the Court.

The Court has also received Plaintiff's motion for an extension of the dispositive motions deadline, styled as an emergency motion.  Dkt. No. 143.  Plaintiff contends that she requires additional time in order to comply with the Court's directive to meet and confer with Defendants with respect to whether any of the excerpts of her deposition that they intend to quote or attach to a dispositive motion should be redacted or sealed.  *Id*.  The Court DENIES this motion (Dkt. No.

MINUTE ORDER - 1

143) and reiterates its instruction to the parties to meet and confer in good faith (as defined by the Local Rules) regarding the issue of redaction/sealing. *See* Dkt. No. 140. Plaintiff has not shown good cause why the current dispositive motions deadline should be extended to allow additional time to meet and confer.

Nonetheless, the Court directs the courtroom deputy to contact the parties to schedule a status conference to discuss the discovery issue, the pending motion to exclude (Dkt. No. 120) and motion for an order to show cause (Dkt. No. 99), and any other non-dispositive matters that may be pending at the time of the conference.

The Court also urges the parties to exercise restraint as to their filings, to communicate with each other with civility, and to strictly comply with all applicable rules in their interactions with each other and the Court.

Dated this 22nd day of August, 2024.

<u>Ravi Subramanian</u>
Clerk

<u>*/s/ Serge Bodnarchuk*</u>
Deputy Clerk

MINUTE ORDER - 2