UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BASRA D. MOHAMED, | CASE NO. C22-1010-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| FULL LIFE CARE, et al., | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The Court has received Plaintiff's motion to stay. Dkt. No. 160. The Court directs the clerk to RE-NOTE this motion for September 19, 2024, under Local Rules W.D. Wash. LCR 7(d)(2). The status conference currently set for September 6, 2024, will go forward as scheduled.

Dated this 5th day of September, 2024.

Ravi Subramanian
Clerk

/s/ Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 1