UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BASRA D. MOHAMED,<br><br>　　　　　　Plaintiff(s),<br>　v.<br><br>FULL LIFE CARE, et al.,<br><br>　　　　　　Defendant(s). | CASE NO. C22-1010-KKE<br><br>ORDER DENYING PLAINTIFF'S MOTIONS |

More than 28 days after the Court granted Defendants' motion for summary judgment, Plaintiff filed a motion for reconsideration and an emergency motion for acceptance of late filing. Dkt. Nos. 171, 172. Motions to amend a judgment under Federal Rule of Civil Procedure 59 are due no later than 28 days after the entry of judgment. Fed. R. Civ. P. 59(e). Plaintiff has not shown good cause for an extension of the filing deadline, and the Court therefore DENIES Plaintiff's motion for extension of time (Dkt. No. 171) and DENIES as untimely her motion for reconsideration (Dkt. No. 172).

Dated this 5th day of November, 2024.

*Kymberly K Evanson*
Kymberly K. Evanson
United States District Judge